**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br>Sherri Raquel Johnson,<br>Debtor. | ) Case No. 25-22203 - C - 13<br>) Docket Control No. DPC-1<br>) Document No. 61<br>) Date: 07/28/2026<br>) Time: 11:30 AM<br>) Dept: C |

**Order**

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

The Motion to Dismiss the Chapter 13 case filed by the Chapter 13 Trustee, David P. Cusick, having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

**IT IS ORDERED** that the Motion to Dismiss is denied without prejudice.

Dated: August 05, 2026

United States Bankruptcy Judge

[61] - Motion/Application to Dismiss Case [DPC-1] Filed by Trustee David Cusick (smis)