**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Sherri Raquel Johnson

**Case No.:** 25-22203 - C - 13

**Docket Control No.** PGM-4

**Date:** 08/26/2026
**Time:** 11:00 AM

**Matter:** [73] - Motion/Application to Modify Chapter 13 Plan [PGM-4] Filed by Debtor Sherri Raquel Johnson (lbef)

**Judge: Christopher M. Klein**
**Courtroom Deputy: Lindsey Peratis**
**Reporter: Electronic Record**
**Department: C**

---

**APPEARANCES for:**
**Movant(s):**
(by zoom) Debtor's Attorney - Peter G. Macaluso
**Respondent(s):**
(by zoom) Trustee's Attorney - Neil Enmark

---

**CIVIL MINUTES**

Motion Denied

See Findings of fact and conclusions of law below

The Motion has been set on Local Rule 9014-1(f)(1) procedure which requires 35 days' notice. The Proof of Service shows that 36 days' notice was provided. Dkt. 79.

**The Motion to Modify is denied.**

The debtor filed this Motion seeking to confirm the Modified Chapter 13 Plan (Dkt. 77) filed on July 21.

The Chapter 13 Trustee filed an Opposition (Dkt. 83) on August 12, 2026, opposing confirmation on the following grounds:

1. The plan is overextended;

2. Debtor may need to amend Schedules I & J; and

3. The motion to modify may be premature.

Debtor filed a response on August 19, 2026 (Dkt. 86), asserting the debtor is awaiting a permanent loan modification. Debtor has filed the tax returns, will amend Schedules I & J, and provide paystubs.

**DISCUSSION**

Because claim of hte Franchise Tax Board is greater than scheduled, the plan will take 115 months to complete. That is reason to deny confirmation. 11 U.S.C. § 1322(d).

Upon review of the record, the court finds the plan does not comply with 11 U.S.C. §§ 1322, 1325(a), and 1329. The Motion is denied, and the plan is not confirmed.

**The court will issue an order.**