**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br>Sherri Raquel Johnson,<br>Debtor. | ) Case No. 25-22203 - C - 13<br>) Docket Control No. PGM-4<br>) Document No. 73<br>) Date: 08/26/2026<br>) Time: 11:00 AM<br>) Dept: C |

**Order**

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

The Motion to Modify Plan filed by the debtor, Sherri Johnson, having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

**IT IS ORDERED** that the Motion is denied, and the plan is not confirmed.

Dated: September 03, 2026

United States Bankruptcy Judge

[73] - Motion/Application to Modify Chapter 13 Plan [PGM-4] Filed by Debtor Sherri Raquel Johnson (lbef)