**2**

David P. Cusick, #160467, Trustee
Neil Enmark, #159185, attorney for Trustee
Kristen A. Koo, #230856, attorney for Trustee
P. O Box 1858
Sacramento, CA 95812-1858

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| In Re:<br>Sherri Raquel Johnson<br><br>Debtor(s) | Case No:25-22203-S-C-13C<br>DCN: DPC-2<br><br>TRUSTEE'S MOTION TO DISMISS CASE<br><br>DATE: November 17, 2026<br>TIME: 11:30 AM<br>JUDGE: CHRISTOPHER M. KLEIN<br>COURTROOM: 35, 6TH FLOOR |

DAVID P. CUSICK, STANDING CHAPTER 13 TRUSTEE, hereby moves the Court for an order dismissing this case pursuant to 11 U.S.C. §1307(c) as:

The debtor is in material default with respect to the term of a confirmed plan, 11 U.S.C. §1307(c)(6).

To date the debtor has paid a total of $27,985.42, with the last payment received on August 28, 2026. The Trustee shows a total of $39,816.67 is due, so the debtor is delinquent $11,831.25 in plan payments**.** Debtor's monthly payment is $2,388.23. Prior to the hearing in this matter, another payment of $2,388.23 will come due. **As a result debtor will need to pay $14,219.48, in order to bring this plan current by the date of the hearing**. The debtor must be current under all payments called for by any pending Plan, Amended Plan or Modified Plan as of the date of the hearing on this motion or the case may be dismissed.

The Trustee has received the following payments in the above referenced case:

| Amount | Date | Source | Amount | Date | Source |
|---|---|---|---|---|---|
| $2,440.00 | Jul 01, 2025 | TFS # | | | |
| $2,600.00 | Jul 25, 2025 | TFS # | | | |
| $2,275.00 | Aug 28, 2025 | TFS # | | | |
| $2,275.00 | Sep 26, 2025 | TFS # | | | |
| $2,275.00 | Oct 29, 2025 | TFS # | | | |
| $365.42 | Nov 10, 2025 | TFS # | | | |
| $2,870.00 | Dec 02, 2025 | TFS # | | | |
| $2,560.00 | Dec 31, 2025 | TFS # | | | |
| $2,560.00 | Jan 30, 2026 | TFS # | | | |
| $2,560.00 | Mar 02, 2026 | TFS # | | | |
| $2,560.00 | Mar 10, 2026 | TFS # | | | |
| $815.00 | Apr 30, 2026 | TFS # | | | |
| $815.00 | May 29, 2026 | TFS # | | | |
| $815.00 | Jun 29, 2026 | TFS # | | | |
| $200.00 | Aug 28, 2026 | TFS # | | | |

According to the Trustee's records, this case has not previously been converted from another chapter.

WHEREFORE, the Trustee asks that the Court grant an order dismissing this proceeding.

Dated: October 15, 2026

/s/ David P. Cusick

David P. Cusick, Trustee