2

Law Offices of Peter G. Macaluso
Peter G. Macaluso #215730
7230 South Land Park Drive #127
Sacramento, CA 95831
916-392-6591
916-392-6590 Facsimile

Attorney for Debtor
Sherri R. Johnson

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. 25-22203-S-C-13C |
| Johnson, Sherri R.<br>SS#XXX-XX-4622 | DOCKET CONTROL #: DPC-2<br>DATE: November 17, 2026<br>TIME: 11:30 a.m.<br>DEPT#: C - Courtroom 35 |
| Debtor / | Honorable Judge Klein |

**OPPOSITION OF DEBTOR TO TRUSTEE'S MOTION TO DISMISS**

COMES NOW DEBTOR, Sherri R. Johnson, by and through her attorney of record, Peter G. Macaluso, and opposes the Motion of the Chapter 13 Trustee to Dismiss the Chapter 13 Case. Debtor responds as follows:

1. Debtor filed the Chapter 13 case on May 04, 2025.

2. To date, Debtor has paid a total of $28,185.42 to the Chapter 13 Trustee over the last 17 months.

3. Debtor was given and approved for a trial loan notification but delays on the lenders end (refer to Exhibit A) have prevented the Debtor from filing a motion to approve a

permanent loan modification and modified plan.

WHEREFORE, Debtor requests that the Trustee's Motion be continued 30 days.

Dated: November 3, 2026

**/s/ Peter G. Macaluso**
Peter G. Macaluso, Attorney at Law