**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Sherri Raquel Johnson

**Case No.:** 25-22203 - C - 13

**Docket Control No.** DPC-2

**Date:** 11/17/2026
**Time:** 11:30 AM

**Matter:** [90] - Motion/Application to Dismiss Case [DPC-2] Filed by Trustee David Cusick (vmcf)

**Judge: Christopher M. Klein**
**Courtroom Deputy: Lindsey Peratis**
**Reporter: Electronic Record**
**Department: C**

---

**APPEARANCES for:**
**Movant(s):**
(by zoom) Trustee's Attorney - Neil Enmark
**Respondent(s):**
Debtor's Attorney - Peter G. Macaluso

---

**CIVIL MINUTES**

CONTINUED HEARING TO BE HELD ON **1/12/2027 at 11:30 AM** at Sacramento Courtroom 35, Department C